| | | | |
|---|---|---|---|
| Com. v. Garner [31] ... | 12/30/2015 | 347 WAL (2015) | Denied | Pa.Super., 131 A.3d 104 |
| Com. v. Garvin [32] ... | 12/29/2015 | 609 EAL (2015) | Denied | Pa.Super., 133 A.3d 80 |
| Com. v. Gefsky [33] ... | 12/31/2015 | 320 WAL (2015) | Denied | Pa.Super., 122 A.3d 435 |
| Com. v. Glover [34] ... | 02/01/2016 | 531 EAL (2015) | Denied | Pa.Super., 131 A.3d 91 |
| Com. v. Green; Com. v. Baker [35] .. | 12/28/2015 | 629, 630 EAL (2015) | Denied | Pa.Super., 122 A.3d 367 |
| Com. v. Greenleaf [36] | 02/01/2016 | 275 WAL (2015) | Denied | Pa.Super., 122 A.3d 1137 |
| Com. v. Grove ...... | 12/11/2015 | 647 MAL (2015) | Denied | Pa.Super., 125 A.3d 462 |
| Com. v. Handy [37] ... | 12/30/2015 | 484 EAL (2015) | Denied | Pa.Super., 125 A.3d 447 |
| Com. v. Hartman ... | 12/08/2015 | 405 MAL (2015) | Denied | Pa.Super., 121 A.3d 1146 |
| Com. v. Haymes .... | 12/11/2015 | 607 MAL (2015) | Denied | Nos. 566 EDA 2007, 565 EDA 2007 |
| Com. v. Howard [38] .. | 12/31/2015 | 456 MAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |

31. Justice EAKIN did not participate in the decision of this matter.

32. Justice EAKIN did not participate in the decision of this matter.

33. Justice EAKIN did not participate in the decision of this matter; Reargument Denied January 29, 2016.

34. Justice EAKIN did not participate in the consideration or decision of this matter.

35. Justice EAKIN did not participate in the decision of this matter.

36. Justice EAKIN did not participate in the consideration or decision of this matter.

37. Justice EAKIN did not participate in the decision of this matter.

38. Justice EAKIN did not participate in the decision of this matter.